# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Elba J. Dormoi             : CHAPTER 13

                                      :

         Debtor(s)             : BANKRUPTCY NO. 17-16159/ELF

## CERTIFICATION OF NO RESPONSE

I, Alan B. Liss, Esquire, attorney for the above named debtor(s), hereby certify that No Objection to the **Motion to Extend the Automatic Stay Pursuant to Section 362,** filed with the Court on **September 11, 2017** has been received by me on this the **2nd** day of **October**, **2017.** The requisite time in which to file an Answer having expired, it is hereby requested that the Order be approved forthwith.

DATED:  October 2, 2017                     **/s/ Alan B. Liss**
                                                        **ALAN B. LISS, ESQUIRE**
                                                        **Attorney for Debtor(s)**