# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elba J. Dormoi <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-16159 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

    Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734