**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ELBA J. DORMOI, | : | |
| Debtor | : | Bky. No. 17-16159 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B) ("the Motion"), the response thereto and after a hearing, and for the reasons stated in court,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is **EXTENDED** with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: October 4, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**