# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 17-16159-ELF

ELBA J DORMOI

10149 BRIDLE ROAD  1ST FL

PHILADELPHIA, PA 19116

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ELBA J DORMOI

    10149 BRIDLE ROAD  1ST FL

    PHILADELPHIA, PA 19116

**Counsel for debtor(s), by electronic notice only.**
    ALAN LISS  ESQUIRE
    1420 WALNUT STREET
    SUITE 720
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                            /s/ William C. Miller

Date: 11/3/2017

                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee