# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elba J. Dormoi | : CHAPTER 13 |
| Debtor(s) | : BANKRUPTCY NO. 17-16159/ELF |

## CERTIFICATION OF NO RESPONSE

I, Alan B. Liss, Esquire, attorney for the above named debtor(s), hereby certify that No Response to the **Application for Counsel Fees and Reimbursement of Expenses** filed with the Court on **October 31, 2017** does respectfully request the Order for Counsel fees be approved.

DATED: November 20, 2017         **/s/ Alan B. Liss**
ALAN B. LISS, ESQUIRE
Attorney for Debtor(s)