# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16159-ELF

ELBA J DORMOI

10149 BRIDLE ROAD  1ST FL

PHILADELPHIA, PA 19116

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ELBA J DORMOI

    10149 BRIDLE ROAD  1ST FL

    PHILADELPHIA, PA 19116

Counsel for debtor(s), by electronic notice only.

    ALAN LISS  ESQUIRE
    1420 WALNUT STREET
    SUITE 720
    PHILA, PA 19102-

Date: 12/14/2017

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee