United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Elba J. Dormoi
Elba J. Dormoi
    Debtors

Case No. 17-16159-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Mar 09, 2018
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.
db         #+Elba J. Dormoi,    232 Regina Street,    Philadelphia, PA 19116-2315
db         +Elba J. Dormoi,    MAILING ADDRESS:,    10149 Bridle Road,    1st Floor,    Philadelphia, PA 19116-3615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:
         ALAN B. LISS    on behalf of Debtor Elba J. Dormoi bnklaw@aol.com
         ALAN B. LISS    on behalf of Debtor Elba J.  Dormoi bnklaw@aol.com
         THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Elba Dormoi | : | Chapter 13 |
| | : | |
| **Debtor(s)** | : | Bky. No. 17-16159/ELF |

**O R D E R**

**AND NOW,** upon consideration of the Application for Compensation filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application if **GRANTED.**

2. Compensation of **$3250.00** and costs of **$400.00** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and U.S.C. §330(a)(4)(B), **the allowed compensation and costs set forth in ¶2 less $2500.00 which was paid by the Debtor(s) prepetition, to the extent provided for by the confirmed plan.**

**DATE:** 3/8/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**