UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Elba Dormoi | : | CHAPTER 13 |
|  | : |  |
| Debtor(s) | : | BANKRUPTCY NO.  17-16159/ELF |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

ALAN B. LISS, ESQUIRE, has filed a **Motion to Reinstate Chapter 13 After Dismissal** with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before August 5, 2019 you or your attorney must do all of the following:

    (a) File an objection explaining your position at:

    United States Bankruptcy Court
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, Pa 19107-4299

    If you mail your Objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:
    Alan B. Liss, Esquire
    BRENNER & BRENNER, P.C.
    1420 Walnut Street
    Suite 808
    Philadelphia, Pa 19102
    Phone:  (215) 567-2050
    Fax   :  (215) 893-9414

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.       A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge, on **August 6, 2019** at **1:00 pm** in **Courtroom No. 1** United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, Pa 19107-4299.

4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.       You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an objection.

/s/ **Alan B. Liss**
**ALAN B. LISS, ESQUIRE**
**Attorney for Debtor(s)**

DATED:  July 11, 2019