UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elba Dormoi | : CHAPTER 13 |
| | : |
| Debtor(s) | : BANKRUPTCY NO. 17-16159/ELF |

**CERTIFICATION OF NO OPPOSITION**

I, Alan B. Liss, Esquire, attorney for the above named debtor(s), hereby certify that No Response to the **Motion to Reinstate Chapter 13,** filed with the Court on __July 11, 2019__ has been received by me on this the __5th__ day of __August__, 2019. The requisite time in which to file an Answer having expired, it is hereby requested that the Order be approved forthwith.

DATED: July 5, 2019

/s/ Alan B. Liss
ALAN B. LISS, ESQUIRE
Attorney for Debtor(s)