**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ELBA J. DORMOI, | : | |
| | : | |
| Debtor | : | Bky. No. 17-16159 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **July 3, 2019** (**Doc. #59** ) dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. A hearing to consider the Debtor's Motion to Modify Confirmed Plan ("the Motion") (Doc. # 53) is **SCHEDULED** on **September 3, 2019 at 1 p.m. , in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

4. Any objections to the Motion shall be filed **on or before August 27, 2019**. In the absence of a filed objection, the Motion may be treated as uncontested.

**Date: August 7, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**