## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **ELBA J. DORMOI**              :  **CHAPTER 13**

         **Debtor(s)**                    :  **Bankruptcy No. 17-16159/ELF**


### CERTIFICATION OF SERVICE

I, Alan B. Liss, Esquire, attorney for debtor(s),  hereby certify that a copy of  the **ORDER TO REINSTATE CASE** has been sent by electronic and regular mail to:

         All Creditors

         Standing Trustee

         Debtor

         Attorney for Movant


                                     **/s/ Alan B. Liss**
                                     **ALAN B. LISS, ESQUIRE**
                                     **Attorney for Debtor(s)**

DATED: August 12, 2017

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                          :     **Chapter 13**
    **ELBA J. DORMOI,**            :
                                  :
      **Debtor**              :     **Bky. No. 17-16159 ELF**

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court

Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with

the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **July 3, 2019 (Doc. #59 )** dismissing this bankruptcy case is

   **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the

   entry of this Order.

3. A hearing to consider the Debtor's Motion to Modify Confirmed Plan ("the Motion") (Doc. #

   53) is **SCHEDULED** on **September 3, 2019 at 1 p.m. ,** in Bankruptcy

   **Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

4. Any objections to the Motion shall be filed **on or before August 27, 2019**. In the absence

   of a filed objection, the Motion may be treated as uncontested.

**Date: August 7, 2019**

                                                 _____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**