UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elba J. Dormoi | : CHAPTER 13 |
| | : |
| Debtor(s) | : BANKRUPTCY NO. 17-16159/ELF |

## CERTIFICATION OF NO OPPOSITION

I, Alan B. Liss, Esquire, attorney for the above named debtor(s), hereby certify that No Opposition to Debtor's Motion to Modify Confirmed Plan filed with the Court on **May 9, 2019** has been received by me on this the **29th** day of **August**, 2019. The requisite time in which to file an Answer having expired, it is hereby requested that the Motion is considered unapposed.

DATED: August 29, 2019

/s/ Alan B. Liss
ALAN B. LISS, ESQUIRE
Attorney for Debtor(s)