United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16159-elf
Elba J. Dormoi                                                        Chapter 13
Elba J. Dormoi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Sep 05, 2019
                Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
db    #+Elba J. Dormoi,    232 Regina Street,    Philadelphia, PA 19116-2315
db    +Elba J. Dormoi,    MAILING ADDRESS:,    10149 Bridle Road,    1st Floor,    Philadelphia, PA 19116-3615
cr    +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    E-mail/Text: megan.harper@phila.gov Sep 06 2019 03:26:00    City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA  19102-1595
smg    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2019 03:25:38    Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg    +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2019 03:25:58    U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr    +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2019 03:34:50    Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                              TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
      ALAN B. LISS    on behalf of Debtor Elba J. Dormoi bnklaw@aol.com
      ALAN B. LISS    on behalf of Debtor Elba J.  Dormoi bnklaw@aol.com
      THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ELBA J. DORMOI, | : | |
| Debtor | : | Bky. No.  17-16159 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #53 ) is **APPROVED**.

**Date: September 4, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**