# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-16159-ELF

ELBA J DORMOI

10149 BRIDLE ROAD  1ST FL

PHILADELPHIA, PA 19116

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ELBA J DORMOI

    10149 BRIDLE ROAD  1ST FL

    PHILADELPHIA, PA 19116

Counsel for debtor(s), by electronic notice only.

    ALAN LISS  ESQUIRE
    1420 WALNUT STREET
    SUITE 720
    PHILA, PA 19102-

Date: 9/16/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee