United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elba J. Dormoi  
Elba J. Dormoi  
    Debtors

Case No. 17-16159-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jan 13, 2020  
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13999311      E-mail/Text: bankruptcy.bnc@ditech.com Jan 14 2020 09:28:37
       Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
       Rapid City, South Dakota 57709-6154
                                                                                       TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:
        ALAN B. LISS    on behalf of Debtor Elba J. Dormoi bnklaw@aol.com
        ALAN B. LISS    on behalf of Debtor Elba J. Dormoi bnklaw@aol.com
        HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
        THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                  TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16159-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Elba J. Dormoi
232 Regina Street
Philadelphia PA 19116

Elba J. Dormoi
10149 Bridle Road
1st Floor
Philadelphia PA 19116

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/10/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/15/20

Tim McGrath
**CLERK OF THE COURT**