United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16159-elf
Elba J. Dormoi                                                  Chapter 13
Elba J. Dormoi
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey                Page 1 of 2            Date Rcvd: Feb 12, 2020
                              Form ID: pdf900             Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db             +Elba J. Dormoi,    232 Regina Street,    Philadelphia, PA 19116-2315
db             +Elba J. Dormoi,    MAILING ADDRESS:,    10149 Bridle Road,    1st Floor,
                 Philadelphia, PA 19116-3615
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13981543       +Alan B. Liss, Esquire,    1420 Walnut Street,    Suite 720,    Philadelphia, PA 19102-4006
13981544       +Barclay's Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
13981546       +Citicards,   701 E. 60th Street N,    Sioux Falls, SD 57104-0432
13981550        IT Cosmetics,    PO Box 2003,    Harlan, IA 51593-0218
14017226       +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14450506        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
13981556       +United Revenue,    PO Box 1184,    Langhorne, PA 19047-6184
14026252        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:07:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2020 03:07:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:14:24     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14062284        E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:37     City of Philadelphia,
                 1401 JFK Boulevard,    Room 580,    Philadelphia, PA 19102
14059990        E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:37     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13981545        E-mail/Text: cms-bk@cms-collect.com Feb 13 2020 03:06:58     Capital Management Services, LP,
                 698 1/2 S. Ogden Street,    Buffalo, NY  14206-2317
14040371       +E-mail/Text: bncmail@w-legal.com Feb 13 2020 03:07:24     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13981547        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 13 2020 03:06:58     Comenity Bank,
                 PO Box 182789,    Columbus, OH  43218-2789
13981548        E-mail/Text: mrdiscen@discover.com Feb 13 2020 03:06:53     Discover,    PO Box 15316,
                 Wilmington, DE 19850
13989453        E-mail/Text: mrdiscen@discover.com Feb 13 2020 03:06:53     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13999311        E-mail/Text: bankruptcy.bnc@ditech.com Feb 13 2020 03:06:57
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13981549        E-mail/Text: bankruptcy.bnc@ditech.com Feb 13 2020 03:06:57     Ditech Financial, LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
13981551        E-mail/Text: camanagement@mtb.com Feb 13 2020 03:06:58     M&T Bank,    1 Fountain Plaza,
                 Buffalo, NY  14203
13993726        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:13:37
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13982817       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:14:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13981552       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:13:37
                 Portfolio Recovery Associates,    Dept 922,    PO Box 4115,    Concord, CA 94524-4115
13981553       +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:13:46     SYNCB/Sleep Number,
                 PO Box 965036,    Orlando, FL 32896-5036
13981554       +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:15:16     SYNCB/TJX,    PO Box 965015,
                 Orlando, FL 32896-5015
13981555       +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:15:16     SYNCB/Walmart,    PO Box 965015,
                 Orlando, FL 32896-5015
                                                                                              TOTAL: 20
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              New Residential Mortgage LLC,   RAS Crane,    10700 Abbotts Bridge Road, Suite 170,
                 UNITED STATES
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Feb 12, 2020
                              Form ID: pdf900           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
          ALAN B. LISS    on behalf of Debtor Elba J. Dormoi bnklaw@aol.com
          ALAN B. LISS    on behalf of Debtor Elba J.  Dormoi bnklaw@aol.com
          HAROLD N. KAPLAN    on behalf of Creditor   New Residential Mortgage LLC hkaplan@rasnj.com
          THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Chapter 13
ELBA J DORMOI

              Debtor              Bankruptcy No. 17-16159-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 12, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN LISS  ESQUIRE
1420 WALNUT STREET
SUITE 720
PHILA, PA 19102-

Debtor:
ELBA J DORMOI

10149 BRIDLE ROAD  1ST FL

PHILADELPHIA, PA 19116